**Fill in this information to identify your case:**

Debtor 1: WILLIAM JAMES PALMER, JR.
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Central District of California

Case number (If known): 19-17593 RK

FILED
JUN 28 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1:  Tell the Court About Your Family and Your Family's Income

1. **What is the size of your family?**
   Your family includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

   Check all that apply:
   ☑ You
   ☐ Your spouse
   ☐ Your dependents   0
                       How many dependents?    Total number of people: 1

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

   That person's average monthly net income (take-home pay)

   You .................. $ 221.00
   Your spouse .... + $ _____
   Subtotal............ $ 221.00

   Subtract any non-cash governmental assistance that you included above.   − $ _____

   Your family's average monthly net income      Total................. $ 221.00

3. **Do you receive non-cash governmental assistance?**
   ☐ No
   ☑ Yes. Describe.......... Type of assistance: Medi-Cal, Food Stamps

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☑ No
   ☐ Yes. Explain............

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   I have no money

Debtor 1  william   james   palmer, jr.                                 Case number (if known) _____
         First Name  Middle Name  Last Name

### Part 2: Tell the Court About Your Monthly Expenses

6. Estimate your average monthly expenses.
   Include amounts paid by any government assistance that you reported on line 2.                    $ 500.00

   If you have already filled out Schedule J, Your Expenses, copy line 22 from that form.

7. Do these expenses cover anyone who is not included in your family as reported in line 1?
   ☒ No
   ☐ Yes. Identify who ........

8. Does anyone other than you regularly pay any of these expenses?
   ☒ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

   If you have already filled out Schedule I: Your Income, copy the total from line 11.

9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?
   ☒ No
   ☐ Yes. Explain ................

### Part 3: Tell the Court About Your Property

If you have already filled out Schedule A/B: Property (Official Form 106A/B) attach copies to this application and go to Part 4.

10. How much cash do you have?
    Examples: Money you have in your wallet, in your home, and on hand when you file this application
    Cash: $ 0

11. Bank accounts and other deposits of money?
    Examples: Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | None | $ 0 |
    | Savings account: | None | $ 0 |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. Your home? (if you own it outright or are purchasing it)
    Examples: House, condominium, manufactured home, or mobile home
    Number Street: No Home
    City  State  ZIP Code
    Current value: $
    Amount you owe on mortgage and liens: $

13. Other real estate?
    Number Street: No real estate
    City  State  ZIP Code
    Current value: $
    Amount you owe on mortgage and liens: $

14. The vehicles you own?
    Examples: Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats
    Make: _____  Model: _____  No vehicles
    Year: _____  Mileage: _____
    Current value: $
    Amount you owe on liens: $

    Make: _____  Model: _____
    Year: _____  Mileage: _____
    Current value: $
    Amount you owe on liens: $

Debtor 1  william    james    palmer, jr.                                 Case number (if known) _____
         First Name  Middle Name  Last Name

**15. Other assets?**

Do not include household items and clothing.

Describe the other assets:

No Assets

Current value: $_____

Amount you owe on liens: $_____

**16. Money or property due you?**

Examples: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, workers' compensation, personal injury recovery

Who owes you the money or property?

None Known
_____

How much is owed?

$_____

$_____

Do you believe you will likely receive payment in the next 180 days?

☐ No

☐ Yes. Explain:

---

### Part 4: Answer These Additional Questions

**17.** Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?

☒ No
☐ Yes. Whom did you pay? Check all that apply:
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

How much did you pay?

$_____

**18.** Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?

☒ No
☐ Yes. Whom do you expect to pay? Check all that apply:
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

How much do you expect to pay?

$_____

**19.** Has anyone paid someone on your behalf for services for this case?

☒ No
☐ Yes. Who was paid on your behalf? Check all that apply:
   ☐ An attorney
   ☐ A bankruptcy petition preparer, paralegal, or typing service
   ☐ Someone else _____

Who paid? Check all that apply:
   ☐ Parent
   ☐ Brother or sister
   ☐ Friend
   ☐ Pastor or clergy
   ☐ Someone else _____

How much did someone else pay?

$_____

**20.** Have you filed for bankruptcy within the last 8 years?

☒ No
☐ Yes. District _____ When _____ Case number _____
                                 MM/ DD/ YYYY
        District _____ When _____ Case number _____
                                 MM/ DD/ YYYY
        District _____ When _____ Case number _____
                                 MM/ DD/ YYYY

---

### Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

x _William Palmer_ x                    _____
Signature of Debtor 1                   Signature of Debtor 2

Date _____                         Date _____
    MM / DD / YYYY                          MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

**INSTRUCTIONS AND FORMS FOR REQUESTING AN ORDER TO PAY BANKRUPTCY CASE FILING FEE IN INSTALLMENTS OR FOR FEE WAIVER:**

(1) Application for Individuals to Pay the Filing Fee in Installments (Offiical Form 103A); or (2) Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

If you cannot afford to pay the full fee at the time of filing your bankruptcy case, you may apply to pay the fee in installments. An "Application for Individuals to Pay the Filing Fee in Installments" (Official Form 103A), which is included in this package, must be completed to make that application. If your application to pay in installments is approved, you will be permitted to file your bankruptcy case, completing payment of the fee within six months.

Permission to do so is only given when the judge is persuaded by testimony given under oath that usually you cannot afford to pay the entire filing fee, and are not filing bankruptcy to forestall eviction from residential premises occupied on a month-to-month tenancy or on a tenancy at will, or for any improper purpose.

The procedure for requesting permission to pay the fee for filing a bankruptcy case in installments is as follows:

1. Tell the Intake clerk that you wish to request permission from the Court to pay the filing fee in installments.
2. Complete the "Application for Individuals to Pay the Filing Fee in Installments (Official Form 103A)."
3. Return the completed application form and your filing papers, i.e., petition, to the Intake filing window.
4. Be prepared to show the clerk a California driver's license, California identification card, or other similar form of identification.
5. Ask the clerk for the name of the judge who will rule on your motion, the time and location of a hearing, if a hearing is required.

**IF YOU ARE REQUIRED TO APPEAR AT A HEARING AND FAIL TO APPEAR, THE MOTION WILL BE DENIED. YOU MAY NOT BE PERMITTED TO FILE ANY BANKRUPTCY CASE FOR 180 DAYS FROM THE DATE OF THE HEARING, AND YOU AND YOUR PROPERTY MAY NOT BE PROTECTED FROM THE ACTIONS OF YOUR CREDITORS IF YOU DO FILE A BANKRUPTCY CASE DURING THOSE 180 DAYS OR LATER.**

The hearing on your application will take place in a courtroom and will be conducted by a United States Bankruptcy Judge.

If your application is denied, you must pay the fees in full within the time ordered by the judge or your bankruptcy case will be dismissed; and if the judge orders, you may not file another bankruptcy case for 180 days from the date of the hearing. **IF (1) YOUR CASE IS DISMISSED AND (2) YOU FILE BANKRUPTCY AGAIN WITHIN THE NEXT YEAR, IT IS LIKELY THAT YOU WILL BE TREATED AS HAVING FILED MORE THAN ONE BANKRUPTCY CASE WITHIN A 12-MONTH PERIOD. IF THIS OCCURS, IT MAY SIGNIFICANTLY REDUCE THE PROTECTION YOU WILL RECEIVE FROM THE AUTOMATIC STAY IN THE LATER BANKRUPTCY CASE.**

*February 2017*     1     Request to Pay Filing Fee in Installments or Waiver

X  *William Palmer*     6-28-19

If your application is granted, it will almost always be necessary for you to make a first installment payment immediately after the hearing. The number of installments permitted cannot exceed four, and the final installment shall be payable not later than 120 days after the filing of the petition, unless extended by the Court for cause shown to a date not later than 180 days after the date of the filing of the petition. Failure to pay any installment when due may be grounds for dismissal of the case without notice and hearing.

In a chapter 7 case, if you cannot afford to pay the fee to file your bankruptcy case either in full at the time of filing, or in installments, then you may request an order excusing you from paying the filing fee by completing an "Application to Have the Chapter 7 Filing Fee Waived" (Offical Form 103B) and filing it with the Clerk of the Court along with your petition. The form is included in this package. Permission to do so is only given when the judge is persuaded by testimony given under oath that usually you cannot afford to pay the entire filing fee, and are not filing bankruptcy to forestall eviction from residential premises occupied on a month-to-month tenancy or on a tenancy at will, or for any improper purpose. A judge will decide whether you have to pay the fee.

By law, you may be excused from paying the fee only if your income is less than 150 percent of the official poverty line applicable to your family size and you are unable to pay the fee in installments. See the attached U.S. Department of Health and Human Services (DHHS) table to determine if you are eligible.

**Required information.** Complete all items in the application, and attach requested schedules. Then sign the application on the last page. If you and your spouse are filing a joint bankruptcy petition, you both must provide information as requested and sign the application.

The procedure for requesting an order for excusing you from paying the filing fee in a chapter 7 case is as follow:

1. Tell the clerk that you wish to request permission from the Court to be excused from paying the filing fee installments.
2. Complete an "Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B)."
3. Return the application form and your filing papers, i.e., petition, to the Intake filing window where you obtained the installment payment information.
4. Be prepared to show the clerk a California driver's license, California identification card, or other similar form of identification.
5. Ask the clerk for the name of the judge who will rule on your motion, the time and location of a hearing, if a hearing is required.

You may submit both applications only if you believe you are eligible for both: (1) being excused from paying the filing fee in full, and (2) if the judge disagrees, paying the filing fee in installments.

If your income is greater than the amount set forth in the attached U.S. Department of Health and Human Services (DHSS) table and you can swear truthfully under oath that you cannot pay the full filing fee today, then only submit the Application to Pay Filing Fee in Installments.

| **150% of the HHS Poverty Guidelines for 2019*** | | | |
|---|---|---|---|
| Monthly Basis | | | |
| Persons in family unit | 48 Contiguous States and D.C. | Alaska | Hawaii |
| 1 | $1,561.25 | $1,950.00 | $1,797.50 |
| 2 | $2,113.75 | $2,641.25 | $2,432.50 |
| 3 | $2,666.25 | $3,332.50 | $3,067.50 |
| 4 | $3,218.75 | $4,023.75 | $3,702.50 |
| 5 | $3,771.25 | $4,715.00 | $4,337.50 |
| 6 | $4,323.75 | $5,406.25 | $4,972.50 |
| 7 | $4,876.25 | $6,097.50 | $5,607.50 |
| 8 | $5,428.75 | $6,788.75 | $6,242.50 |
| For each additional person add | $552.50 | $691.25 | $635.00 |

* As required by section 673(2) of the Omnibus Budget Reconciliation Act of 1981 (Pub. L. 97-35 - reauthorized by Pub. L. 105-285, Section 201 (1988)).

| 150% of the HHS Poverty Guidelines for 2019* Annual Basis | | | |
|---|---|---|---|
| Persons in family unit | 48 Contiguous States and D.C. | Alaska | Hawaii |
| 1 | $18,735 | $23,400 | $21,570 |
| 2 | $25,365 | $31,695 | $29,190 |
| 3 | $31,995 | $39,990 | $36,810 |
| 4 | $38,625 | $48,285 | $44,430 |
| 5 | $45,255 | $56,580 | $52,050 |
| 6 | $51,885 | $64,875 | $59,670 |
| 7 | $58,515 | $73,170 | $67,290 |
| 8 | $65,145 | $81,465 | $74,910 |
| For each additional person add | $6,630 | $8,295 | $7,620 |

\* As required by section 673(2) of the Omnibus Budget Reconciliation Act of 1981 (Pub. L. 97-35 - reauthorized by Pub. L. 105-285, Section 201 (1988)).